IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAMICO MUTUAL INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) J.D. ROSEN C.P.A., P.A.; JEFFREY D. ) ROSEN; and JAMES MIRABILE, M.D., ) ) Defendants. ) | CIVIL ACTION No. 17-2228-JWL |

## **JUDGMENT**

**The court has ordered that:**

Pursuant to the Memorandum and Order filed on September 1, 2017, that plaintiff CAMICO Mutual Insurance Company shall recover nothing, and this action is dismissed.

**IT IS SO ORDERED.**

**Dated this 1st day of September, 2017, in Kansas City, Kansas.**

                             s/ Sharon Scheurer
                             **By Deputy Clerk**
                             **TIMOTHY M. O'BRIEN**
                             **Clerk of the District Court**